**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **C.R.,** ***a minor by her parents and legal guardians*****, COLIN ROSE AND CHARMAINE CAMPBELL** ***Plaintiff*** | : | |
| **v.** | : | **CIVIL NO. 24-6231** |
| **WAL-MART #2252,** ***et al.*** ***Defendants*** | : | |

**O R D E R**

**AND NOW,** this 29th day of September, 2026, upon consideration of Defendants Wal-Mart #2252 and Walmart, Inc.'s Motion for Summary Judgment (ECF No. 24) and the responses and replies thereto, and after oral argument held September 22, 2026, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**